# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE SUBPOENA SERVED ON** : | Case No. 1:18cv357 |
| **E. MARK BRADEN** : | APRI/LWV v. Smith |
| : | |
| : | Transferred from U.S. District Ct. |
| : | District of Columbia |
| : | Case Nos. 1: 18-MC-0095 and |
| | 1:18-MC-00151-RC |

## NOTICE OF COMPLIANCE

Now comes Assistant Attorney General Bridget C. Coontz (0072919) providing notice to the Court of compliance with the Court's Order of December 15, 2018 compelling production of documents. ECF No. 121. At approximately 11:30 a.m. the undersigned completed transmitting the compelled documents to Counsel for Plaintiffs via a secure filesite link. Ms. Coontz also provided her personal cell phone and an email address for Counsel to contact her in the event that there were concerns or issues. As of the filing of this Notice, Ms. Coontz has not been made aware of any issues, technical or otherwise, with the documents provided but remains willing to discuss any issues that may arise. With this filing the Ohio Attorney General's Office provides notice that it has fully complied with the Court's Order granting Plaintiffs' *Motion to Compel.*

    Respectfully submitted,

    MIKE DEWINE
    Ohio Attorney General

    *s/ Bridget C. Coontz*
    TIFFANY L. CARWILE (0082522)*
     *Lead and Trial Counsel*
    ANDREW FRASER (0097129)
    BRIDGET C. COONTZ (0072919)
    Assistant Attorneys General
    Constitutional Offices Section
    30 East Broad Street, 16th Floor
    Columbus, Ohio 43215
    Tel: 614-466-2872 | Fax: 614-728-7592
    tiffany.carwile@ohioattorneygeneral.gov

andrew.fraser@ohioattorneygeneral.gov
bridget.coontz@ohioattorneygeneral.gov

*Counsel for the Ohio Attorney General and Non-party witness E. Mark Braden*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 16, 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

            *s/ Bridget C. Coontz*
            BRIDGET C. COONTZ (0072919)
            Associate Assistant Attorney General